No opinion. Motion for reargument of appeal denied. For decision on appeal, see 16 N. Y. Supp. 596. See, also, 15 N. Y. Supp. 969; 17 N. Y. Supp. 684, 946.

---

BIRGE, Respondent, *v.* BERLIN IRON BRIDGE CO. *et al.,* Appellants.

(*Supreme Court, General Term, Third Department.* March 15, 1892.)

Action by James C. Birge against the Berlin Iron Bridge Company and others.

Argued before MAYHAM, P. J., and HERRICK, J.

No opinion. Motion to change the order entered upon previous decision of general term granted. See 16 N. Y. Supp. 596. See, also, 15 N. Y. Supp. 969; 17 N. Y. Supp. 684, 946.

---

BRADT, Respondent, *v.* SCOTT *et al.,* Appellants.

(*Supreme Court, General Term, Third Department.* March 15, 1892.)

Action by Fred A. Bradt against James T. Scott and others.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

No opinion. Order opening default on payment of costs. See 18 N. Y. Supp. 507.

---

CEANINEI *v.* JACKSON.

(*Supreme Court, General Term, Third Department.* March 15, 1892.)

Action by Tiburga Ceaninei against Sarah J. Jackson.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

No opinion. Motion to strike appeal from calendar denied, with $10 costs.

---

*In re* COUNTY TREASURER.

(*Supreme Court, General Term, Third Department.* March 15, 1892.)

Proceeding for the appointment of a referee to examine accounts of the county treasurer.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

No opinion. Ordered that James J. Farren of the city of Albany be and hereby is appointed a referee to examine county treasurer's accounts. Order to be settled and entered by HERRICK, J.

---

KEANE, Respondent, *v.* VILLAGE OF WATERFORD, Appellant.

(*Supreme Court, General Term, Third Department.* March 15, 1892.)

Action by Peter Keane against the village of Waterford.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

No opinion. Appeal dismissed, with costs.

---

SMITH, Appellant, *v.* PELOTT, Respondent.

(*Supreme Court, General Term, Third Department.* March 15, 1892.)

Action by James M. Smith, as executor of John Giles, deceased, against Frank Pelott.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

No opinion. Motion for reargument of appeal from order granted. For decision on appeal, see 15 N. Y. Supp. 972, *mem.* See, also, 16 N. Y. Supp. 631; 18 N. Y. Supp. 301.